FILED
AUG 19 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:26 CR 373 |
| PRINCE ANDERSON, | ) | Title 18, United States Code, Sections 2119(2) and 924(c)(1)(A)(iii) |
| Defendant. | ) | JUDGE GAUGHAN |

COUNT 1
(Carjacking, in violation of 18 U.S.C. § 2119(2))

The Grand Jury charges:

1. On or about July 5, 2026 in the Northern District of Ohio, Eastern Division, Defendant, PRINCE ANDERSON, with the intent to cause death and serious bodily harm, attempted to take a motor vehicle (to wit: a 2023 Kia Forte) that had been transported, shipped, and received in interstate commerce from the person or presence of another by force, violence, and intimidation, resulting in serious bodily injury that caused a substantial risk of death and extreme physical pain to Y.C., in violation of Title 18, United States Code, Section 2119(2).

COUNT 2

(Use of a Firearm During a Crime of Violence, in violation of 18 U.S.C. § 924(c)(1)(A)(iii))

The Grand Jury further charges:

2. On or about July 5, 2026, in the Northern District of Ohio, Eastern Division, Defendant, PRINCE ANDERSON, did use and carry a firearm, during and in relation to a crime of violence, which may be prosecuted in a court of the United States, to wit: Carjacking, a violation of Title 18, United States Code Section 2119(2), as charged in Count 1 of the indictment, and further did discharge said firearm, all in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.