IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:26CR373 |
| | ) | |
| Plaintiff, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| v. | ) | |
| | ) | |
| PRINCE ANDERSON, | ) | |
| | ) | PETITION FOR WRIT OF HABEAS |
| Defendant. | ) | CORPUS AD PROSEQUENDUM |

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO, EASTERN DIVISION:

The petitioner, Scott C. Zarzycki, Assistant United States Attorney for the Northern District of Ohio, respectfully submits to the Court that Prince Anderson is now confined in the Cuyahoga County Corrections center, Cleveland, Ohio, and is in the custody of the Warden for said Institution.

Your petitioner further shows to the Court that the defendant has been charged in this District with a violation of Title 18, United States Code, Section(s) 2119(2) and 924(c)(1)(A)(iii), and pursuant to said charge is to appear for Arraignment on September 10, 2026, at 10:00 a.m. before the Honorable Chief Judge Patricia A. Gaughan in the United States District Court for the Northern District of Ohio, EASTERN Division.

WHEREFORE, your petitioner prays that a Writ of Habeas Corpus Ad Prosequendum issue from this Court to the above-named custodian and/or the United States Marshal at Cleveland or their designee, and/or FBI and/or the Cuyahoga County Corrections Center to produce the defendant before this Court at the above-specified time and place and for such other and further proceedings as the Court may deem proper as it pertains to the prosecution of said

charges; and that immediately after the said defendant completes this and any future court proceedings, Defendant be returned to said custodian under safe and secure conduct.

Respectfully submitted,

DAVID M. TOEPFER
United States Attorney

By: /s/ Scott Zarzycki

Scott Zarzycki (OH: 0072609)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3971
(216) 522-8355 (facsimile)
Scott.Zarzycki@usdoj.gov

I, Scott C. Zarzycki, do declare under penalty of perjury that the foregoing is true and correct.

s/ Scott C. Zarzycki
Scott C. Zarzycki
Assistant United States Attorney

Executed on 9/9/2026.